# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  11 -cr-00200-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.  ANGELA LEE,

    Defendant.

## ORDER

Pursuant to and in accordance with the sentencing hearing held before the Honorable Robert E. Blackburn, United States District Judge, on March 13, 2014,

**IT IS ORDERED** that Defendant Angela Lee is sentenced to **time served**.

Dated:  March 13, 2014

                          BY THE COURT:

                          s/ Robert E. Blackburn
                          ROBERT E. BLACKBURN,
                          UNITED STATES DISTRICT JUDGE