**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:              September 3, 2014

Courtroom Deputy: Kathleen Finney
Court Reporter:   Tracy Weir
Probation Officer: Jerald Mason

**Criminal Action No.  11-cr-00200-REB-4**

*Parties:*                                          *Counsel:*

UNITED STATES OF AMERICA,                           Zachary Phillips

    Plaintiff,

v.

4.  ANGELA LEE,                                     Michael Sheehan
      a/k/a Angie Lee,

    Defendant.

**COURTROOM  MINUTES**

**Hearing on Supervised Release Violation**

**10:10 a.m.    Court in session.**

Appearances of counsel.

Defendant is present in custody.

Opening statements by the court.  Also pending before the court is the Defendant's Motion for Variant Sentence [#369] filed September 1, 2014.

Counsel for the government confirms that counsel has read the Petition on Supervised Release [#337] filed June 12, 2014 and the Supervised Release Violation Report [#364] filed July 16, 2014.

Counsel for the defendant informs the court that counsel has read and discussed the Petition and the Supervised Release Violation Report with the defendant.

The defendant admits to violations 1 through 3 alleged in the Petition.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of disposition, and comments on the probation officer's determinations and other matters affecting disposition.

Defendant is sworn.

Statement by the defendant.

Statement by government's counsel.

The court enters findings of fact, conclusions of law, and orders.

    **IT IS ORDERED** as follows:

1. That the petition of the probation department seeking a revocation of supervised release is sustained, and the relief therein is granted, but only insofar as consistent with the foregoing findings and conclusions and the following orders;

2. That the defendant's **Motion for Non-Guideline Sentence** [#369] filed September 1, 2014 is **GRANTED in part**;

3. That the defendant's sentence to supervised release is terminated effective immediately, and the defendant is re-sentenced to the Bureau of Prisons for a term of **three (3) months**;

4. That following his release from the Bureau of Prisons, the defendant shall be placed on supervised release for a term of **one (1) year**;

5. That while on supervised release, the defendant shall comply with all mandatory conditions of supervised release as required by law, all standard conditions of supervised release as required by this court, and the following special or explicit conditions of supervised release:
    that the defendant will reside in an approved residential reentry center, an RRC, for a period of up to 180 days, commencing on her release from imprisonment, as arranged and directed by her probation officer; provided furthermore, that the defendant shall comply, without fail, with all rules, regulations, policies, directive, orders, and contractual provisions, if any, of the RRC in which the defendant is placed; provided furthermore, that the defendant shall

        abstain from the use of alcohol and all other intoxicants during the course of her treatment, therapy, counseling, testing, or education, whether for substance abuse or mental health; and that to ensure continuity of treatment, the probation officer is authorized to release all records in its possession concerning the defendant, including the presentence report and the supervised release violation report to any person or entity involved in or responsible for either substance abuse or mental health treatment, therapy, counseling, testing, or education;

6. That the probation department shall provide the defendant with the written conditions of supervised release;

7. That presentence confinement credit be determined by the Bureau of Prisons under 18 U.S.C. Section 3585;

8. That the extant orders, including but not limited to the judgment of conviction and sentence of this court, are amended and supplemented to the extent necessary to facilitate and implement these orders; and

9. That the defendant is remanded to the custody of the United States Marshal.

The defendant is advised of the right to appeal the sentence imposed by the Court.

**10:41 a.m.   Court in recess.**

Total time in court:   00:31

Hearing concluded.