| PROB 22 (D\CO 01/03) | | DOCKET NUMBER 11-cr-00200-REB-04 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER 2:15CR20233-001 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Angela LEE | DISTRICT District of Colorado | DIVISION | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE Robert E. Blackburn | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 10/06/2014 | TO 10/05/2015 |

**OFFENSE**
Knowingly and Intentionally Distributed, Dispensed, and Possessed with Intent to Distribute and Dispense a Mixture and Substance Containing a Detectable Amount of Oxycodone, a Schedule II Controlled Substance, 21 U.S.C. § 841(a)(1) and (b)(1)(C)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF COLORADO</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Michigan upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| **March 9, 2015** | **s/ Robert E. Blackburn** |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF MICHIGAN</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised release be accepted and assumed by this Court from and after the entry of this order.

| April 21, 2015 | [signature] |
|---|---|
| Effective Date | United States District Judge |